UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

OCT 29 2018

By:_____
Deputy Clerk

In re:                                          )
TIFFANY WILLIAMS                                )   CHAPTER 13
                                                )
Debtor.                                         )   CASE NO. 18-67428
                                                )

_____                )

## MOTION FOR EXTENSION OF TIME TO FILE

Petitioner, TIFFANY WILLIAMS, move the Court to allow an extension of thirty (30) days from the date of today, postponing the deadline for satisfying the requirements of the initial filing, which will become the deadline for the filing of the following documents:

- Statement of Financial Affairs
- Schedules A-J
- Summary of Schedules
- Statistical Summary
- Chapter 13 Plan

In part due to Petitioner's lack of legal counsel relating to this Bankruptcy filing and previously scheduled out-of-town business arrangements, Petitioner has had difficulty completing the task of preparing the many documents that this Court needs for its process. But Petitioner looks forward to completing them successfully in the next thirty (30) days and getting them on file with this Court.

Petitioner points out that a rescheduling of the creditors meeting until after the filing of all the initial papers may be desirable for the Court's process.

Date: 10-23-2018

*Tiffany Williams*
TIFFANY WILLIAMS
Pro Se Petitioner

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **In re:** ) | |
| **TIFFANY WILLIAMS** ) | **CHAPTER 13** |
| ) | |
| **Debtor.** ) | **CASE NO.** 18-67428 |
| ) | |
| ) | |

**MOTION FOR EXTENSION OF TIME TO FILE**

**CERTIFICATE OF SERVICE**

I, TIFFANY WILLIAMS hereby certify that on this day, I served the below parties through its counsel with a copy of the attached by depositing the same with the United States Postal Service, properly addressed and with adequate first class postage affixed there to:

TRUSTEE'S OFFICE

3525 Piedmont Road, N.E.  Bldg 6, Suite 700
RIVERDALE, GA 30274

Respectfully Submitted, this 10-23-2018

*/s/ Tiffany Williams*

Pro Se

TIFFANY WILLIAMS,
Pro Se